**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: C.R., A MINOR | : | No. 245 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: A.C.-R., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: C.A.R., A MINOR | : | No. 246 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: A.C.-R., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: T.R., A MINOR | : | No. 247 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: A.C.-R., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: T.A.R., A MINOR | : | No. 248 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: A.C.-R., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.